IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

TYLER WESLEY,                              )
                                          )
                Plaintiff,                )
                                          )        CIVIL ACTION
vs.                                       )
                                          )        Case No. 1:25-CV-00056
JOHN D. BALAFAS and                       )
ZAIGER & WELCH HOLDINGS, LLC,             )
                                          )
                Defendants.               )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, TYLER WESLEY, and Defendants, JOHN D. BALAFAS and ZAIGER & WELCH HOLDINGS, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants and this entire Action with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 19th day of March, 2025.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

/s/ Amanda H. Halstead
Amanda H. Halstead, Esq.
Mills Halstead & Zaloudek, LLC
600 Seventeenth Street, Suite 2800
Denver, CO  80202
Tel:  (303) 226-5861
Email:  AHH@hmzlegal.com

Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March 2025, we electronically filed the

forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL